UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH-JIM CROWDOG
a.k.a. J. HENDERSON,

    Plaintiff,

vs.

Case No. 04-CV-74076
HON. GEORGE CARAM STEEH

GENESEE COUNTY CANVASSERS,
LUCE COUNTY CANVASSERS, and
JUDGE ARCHIE HAYMAN,

    Defendants.
_____/

ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER (DOCUMENT # 21) AND DENYING PLAINTIFF'S MOTIONS TO COMPEL DISCOVERY, COMPROMISE WITH DEFENDANT, APPOINT COUNSEL, CERTIFY CLASS AND FOR DOCUMENTS (DOCUMENT # 20)

Plaintiff sent a letter to the undersigned requesting that the court reconsider its order, dismissing this matter, issued April 20, 2005.[1] Plaintiff, a prisoner proceeding *pro se*, had filed a complaint against the Genesee and Luce County Canvassers[2] stemming from his inability, as a prisoner, to vote or pursue an education past a G.E.D.

A motion for reconsideration will not be granted if it merely presents the same issues ruled upon by the court, either expressly or by reasonable implication. E.D. Mich. LR 7.1(g)(3). The movant must demonstrate a palpable defect by which the court

---

[1] The letter was filed with the court on May 12, 2005, as a motion to reconsider. The court notes that plaintiff has also filed motions to "compel discovery, compromise with defendant, appoint counsel," and to "certify class and for documents." In accordance with this order, those motions are hereby DENIED.

[2] Judge Archie Hayman, initially named as a defendant, was dismissed by the court at the outset.

and the parties have been misled, and show that correction of the defect will result in a different disposition of the case.  Id.

Plaintiff's request to the court to reconsider its ruling of April 20, 2005, raises no new issues and points to no defect in the court's earlier ruling, and is hereby DENIED.

IT IS SO ORDERED.


s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated: May 17, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on Joseph-Jim Crowdog and Richard M. Barron on May 17, by electronic and/or ordinary mail.

s/Josephine Chaffee
Secretary/Deputy Clerk